**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------

**No. 98-6341**

------

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

BARRY GLEN THOMPSON, a/k/a Berry G. Thompson,

                                        Defendant - Appellant.

------

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg.  Charles H. Haden II, Chief District Judge.  (CR-95-115, CA-97-429-6)

------

Submitted:  May 14, 1998              Decided:  June 3, 1998

------

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

------

Dismissed by unpublished per curiam opinion.

------

Susan Graham James, Montgomery, Alabama, for Appellant.  Monica Kaminski Schwartz, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Thompson, Nos. CR-95-115; CA-97-429-6 (S.D.W. Va. Feb. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2